NOT FOR PUBLICATION

FILED

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

SEP 13 2018

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| YOLANDA BUMATAY MULATO and ZOSIMA BUMATAY MULATO, <br><br> Plaintiffs-Appellants. | No. 15-17181 <br><br> D.C. No. 3:14-cv-00884-NC <br><br> MEMORANDUM[*] |

Appeal from the United States District Court
for the Northern District of California
Nathanael M. Cousins, Magistrate Judge, Presiding

Submitted September 4, 2018[**]
San Francisco, California

Before: BERZON and FRIEDLAND, Circuit Judges, and DOMINGUEZ,[***]
District Judge.

Yolanda Mulato appeals the district court's decision denying her leave to

amend her Complaint to add claims against the Secretary of the United States

Department of the Treasury. For the reasons given in its order, the district court

---

[*] This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

[**] The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

[***] The Honorable Daniel R. Dominguez, United States District Judge for the District of Puerto Rico, sitting by designation.

did not abuse its discretion in so denying Mulato's request for leave to amend.

**AFFIRMED.**